Bringhurst Process Service
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

| | |
|---|---|
| KEVIN IRONS, )<br>Plaintiff(s) )<br> )<br>vs. )<br> )<br>NEIL SKOUGARD ET AL, )<br>Defendant(s) ) | **PROOF OF SERVICE**<br>Case No. 1:14CV00104 |

Process: SUMMONS IN A CIVIL ACTION & COMPLAINT

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process in the manner indicated below.
2) I was at the time of service a duly qualified and acting peace officer, private investigator, or person over the age of 18 years.
3) I am not a party to this action.

I served: Officer Arnold Van Dugteren
Date Served: 9-10-2014 1030
Address: 2549 Washington Blvd # 210, Ogden

**Served on Officer Arnold Van Dugteren by giving a copy to Abbie Zaabroni, who is a(n) authorized employee designated to receive service of such process for and in behalf of Officer Arnold Van Dugteren at his or her office.**

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 9-10-2014

_Jeremy Kristic_
Kristic, Jeremy
# 4- 311

SERVICE FEE:   $20.00
MILEAGE FEE:   $0.00

TOTAL:   $20.00

TYLER B AYRES
12339 SOUTH 800 EAST, SUITE 101
DRAPER, UT 84020

Docket: 540355