Bringhurst Process Service
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

| | |
|---|---|
| KEVIN IRONS, Plaintiff(s) <br><br> vs. <br><br> NEIL SKOUGARD ET AL, Defendant(s) | PROOF OF SERVICE <br> Case No. 1:14CV00104 |

Process: SUMMONS IN A CIVIL ACTION & COMPLAINT

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process in the manner indicated below.
2) I was at the time of service a duly qualified and acting peace officer, private investigator, or person over the age of 18 years.
3) I am not a party to this action.

I served: Officer Neil Skougard
Date Served: 9-10-2014 1030
Address: 2549 Washington Blvd # 210, Ogden

**Served on Officer Neil Skougard by giving a copy to Abbie Zaabroni, who is a(n) authorized employee designated to receive service of such process for and in behalf of Officer Neil Skougard at his or her office.**

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 9-10-2014

*[signature]*
Kristić, Jeremy
# 4-311

SERVICE FEE:   $20.00
MILEAGE FEE:   $12.00

TOTAL:         $32.00

TYLER B AYRES
12339 SOUTH 800 EAST, SUITE 101
DRAPER, UT 84020

Docket: 540354