Tyler B. Ayres, Bar No. 9200
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 255-5555 Phone
(801) 255-5588 Fax
Tyler@AyresLawFirm.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEVIN IRONS,<br><br>    Plaintiff,<br><br>vs.<br>OFFICER NEIL SKOUGARD, in his official and individual capacities,<br><br>OFFICER ARNOLD VAN DUGTEREN, in his official and individual capacities,<br><br>SARGENT ARROWSMITH, in his official and individual capacities, and<br><br>CITY OF OGDEN, UTAH,<br><br>    Defendants. | **CERTIFICATE OF SERVICE**<br><br>Case Number: 1:14-cv-00104-RJS<br>Judge: Robert J. Shelby |

CERTIFICATE OF MAILING/FACIMILIE

I hereby certify that on this 4th day of December 2014, I mailed, first class, postage pre-paid and/or faxed a true and correct copy of the foregoing PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES, and this Certificate of Service to the following:

Stephen F. Noel
SMITH KNOWLES PC
2225 WASHINGTON BLVD STE 200
OGDEN, UT 84401
(801)476-0303
Email: snoel@smithknowles.com
Attorney for Defendant

/s/Tyler B. Ayres
Tyler B. Ayres
Ayres Law Firm

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2014, a true and correct copy of the foregoing CERTIFICATE OF SERVICE was served via the Court's electronic notification to:

Stephen F. Noel
SMITH KNOWLES PC
2225 WASHINGTON BLVD STE 200
OGDEN, UT 84401

/s/Hailee Brooks
Paralegal