Tyler B. Ayres, Bar No. 9200
Stephen G. Tryon, Bar No. 13885
Ayres Law Firm
12339 South 800 East, Suite 101
Draper, UT 84020
(801) 255-5555 Phone
(801) 255-5588 Fax
Tyler@AyresLawFirm.com

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
350 South Main Street, Room 150, Salt Lake City, UT 84101
Phone (801) 524-6100

---

| | |
|---|---|
| KEVIN IRONS,<br><br>       Plaintiff,<br><br>v.<br><br>NEIL SKOUGARD, ARNOLD VAN DUGTEREN, FNU ARROWSMITH, CITY OF OGDEN<br><br>       Defendants. | **ATTORNEY'S PLANNING MEETING REPORT**<br><br>Case No. 1:14-cv-00104-EJF<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

1.      **PRELIMINARY MATTERS**:

    a.      The nature of the claims and affirmative defenses is:

         Plaintiff alleges civil rights violations as a result of improper arrest and seizure of

         property.  Defendants _____

    b.      This case is      _____not referred to a magistrate judge

                  _____ referred to magistrate judge _____

                      _____under 636(b)(1)(A)

                      _____under 636(b)(1)(B)

               __x___assigned to a magistrate judge under General Order 07-001

               and

                 _x___ all parties consent to the assignment for all

                    proceedings or

                 _____ one or more parties request reassignment to a district

                    judge

    c.       Pursuant to Fed. R.Civ.P. 26(f), a meeting was held on *1/14/2015*

              The following were in attendance:

                    *Stephen Tryon,*

                          counsel for *Kevin Irons*

                    *Stephen Noel,*

                          counsel for *Neil Skougard, Arnold VanDugteren. FNU*

                    *Arrowsmith, City of Ogden*

    d.       The parties _____ request / ___x__ do not request an initial pretrial scheduling conference with the court prior to entry of the scheduling order.  An initial pretrial scheduling conference is set before Magistrate Judge Evelyn J. Furse on January 14, 2015 at 10:30 AM.

    e.       The parties _____ have exchanged or ___x_ will exchange by 1/30/2015 the initial disclosures required by Rule 26(a)(1).

    f.       Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed.R.Civ.P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission.  Such electronic service will constitute service and notice of entry as required by those rules.  Any right to service by USPS mail is waived.

**2.**    **DISCOVERY PLAN**:  The parties jointly propose to the court the following discovery plan:  *Use separate paragraphs or subparagraphs as necessary if the parties disagree.*

    a.       Discovery is necessary on the following subjects:

              *Plaintiff will seek any and all evidence related to the incident that resulted in Mr. Irons arrest, and all other evidence relating to the issues of reasonable suspicion, probable cause, qualified immunity and all other issues relating to alleged liability and damages*

    b.       Discovery Phases.

    c.       Designate the discovery methods to be used and the limitations to be imposed.

          (1)    *For oral exam depositions, (i) specify the maximum number for the plaintiff(s) and the defendant(s), and (ii) indicate the maximum number of hours unless extended by agreement of the parties.*

                 Oral Exam Depositions

                 Plaintiff(s) 10

                 Defendant(s) 10

Maximum no. hrs. per deposition 7

(2)  *For interrogatories, requests for admissions, and requests for production of documents, specify the maximum number that will be served on any party by any other party.*

Interrogatories 25

Admissions Unlimited

Requests for production of documents unlimited

(3)  Other discovery methods: *Specify any other methods that will be used and any limitations to which all parties agree.*

d.  Discovery of electronically stored information should be handled as follows:

Documents will be printed and presented in hard copy.

e.  The parties have agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production, as follows:

Inadvertent disclosures will be governed by FRE 502(b).

**3.  AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**:

a.  The cutoff dates for filing a motion to amend pleadings are: *specify date*

Plaintiff(s) 4/30/2015     Defendant(s) 4/30/2015

b.  The cutoff dates for filing a motion to join additional parties are: *specify date*

Plaintiff(s) 4/30/2015     Defendants(s) 4/30/2015

***(NOTE:  Establishing cutoff dates for filing motions does not relieve counsel from the requirements of Fed.R.Civ.P. 15(a)).***

**4.  EXPERT REPORTS**:

Reports from experts under Rule 26(a)(2) will be submitted on: *specify dates*

Plaintiff(s) 8/30/2015

Defendant(s) 10/15/2015

Counter reports 11/15/2015

**5.  OTHER DEADLINES**:

a.  Discovery cutoff:  Fact 7/30/2015          Expert 1/15/2016

b.  Deadline for filing dispositive or potentially dispositive motions and Daubert motions is 2/15/2016

**6.  ADR/SETTLEMENT**:

*Use separate paragraphs/subparagraphs as necessary if the parties disagree.*

a.  The potential for resolution before trial is:  ____ good   _x_ fair   _____ poor

b.      This case should be referred to the court's alternative dispute resolution program

for     arbitration:  _____      mediation:  _____

c.      The case should be re-evaluated for settlement/ADR resolution on:

_____

**7.      TRIAL AND PREPARATION FOR TRIAL:**

a.      The parties should have 14 days after service of final lists of witnesses and

exhibits to list objections under Rule 26(a)(3) (if different than 14 days provided

by Rule).

b.      This case should be ready for trial by:  *specify date* 5/15/2016

*Specify type of trial*:   Jury Trial

c.      The estimated length of the trial is:  *specify days* 4 days

/s/Stephen Tryon_____          Date: 1/23/2015
Signature and typed name of Plaintiff(s) Attorney

/s/ Stephen F. Noel_____          Date: 1/23/2015
Signature and typed name of Defendant(s) Attorney

---

# NOTICE TO COUNSEL

The Report of the Attorney Planning Meeting should be completed and filed with the Clerk of
the Court thirty days before the date of the Initial Pretrial Conference.  A copy of the Proposed
Scheduling Order on the court's official form should be submitted in word processing format by
email to ipt@utd.uscourts.gov.  If counsel meet, confer, and
        (i)      file a stipulated Attorney Planning Meeting Report *and*
        (ii)     email a draft scheduling order in word processing format by email to
                 ipt@utd.uscourts.gov

30 days before the scheduled hearing, the Court will consider entering the Scheduling Order based on the filed Attorney Planning Meeting Report.

If the Hearing is held, counsel should bring a copy of the Attorney Planning Meeting Report to the Hearing.

In CM/ECF, this document should be docketed as Other Documents - Attorney Planning Meeting.

More information is available at
http://www.utd.uscourts.gov/documents/ipt.html