Tyler B. Ayres, Bar No. 9200
Stephen G. Tryon, Bar No. 13885
Ayres Law Firm
12339 South 800 East, Suite 101
Draper, UT 84020
(801) 255-5555 Phone
(801) 255-5588 Fax
Tyler@AyresLawFirm.com

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEVIN IRONS,<br><br>    Plaintiff,<br><br>v.<br><br>NEIL SKOUGARD, ARNOLD VAN DUGTEREN, FNU ARROWSMITH, CITY OF OGDEN<br><br>    Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 1:14-cv-00104-EJF<br><br>District Judge Robert J. Shelby |

The parties stipulate to amend the previous Scheduling Order filed with this Court on April 30, 2015 in order to extend the fact discovery deadline and subsequent dates by an additional three months.  The Proposed Scheduling Order is attached.

DATED this __30___ day of July, 2015.

AYRES LAW FIRM


/s/Tyler B. Ayres_____
Tyler B. Ayres
Attorneys for Plaintiff

DATED this __30__ day of July, 2015.

                              SMITH KNOWLES PC

                              /s/Stephen F. Noel _____
                              Stephen F. Noel
                              Attorneys for Defendants